**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela, | No. CV-18-04076-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Andreas Thude, et al., | |
| Defendants. | |

Before the Court are Plaintiff's motions to reconsider. (Docs. 29-31.) Plaintiff asks the Court to reconsider its order dismissing Plaintiff's complaint without prejudice and related documents. (Docs. 23, 24, 26.) She explains that she did not comply with the Court's order to effect service on Defendants or respond to the Court's orders to show cause (Docs. 20-21) because she unexpectedly was transferred to the Arizona Department of Corrections in Florence on April 30, 2019, and was placed on active suicide watch until May 6, 2019. (Doc. 29 at 1; Doc. 30 at 1; Doc. 31 at 1.) She notes that she did not receive the service packet (Doc. 17) or the Court's orders to show cause (Docs. 20, 21) because these documents were sent to her old address. She further alleges that she should not suffer due to the Department of Correction's failure to advise the Court of her new address. (Doc. 29 at 2.)

Pursuant to Local Rule 83.3(d), it is Plaintiff's duty, not the Department of Corrections', to inform the Court of any change of address. (Doc. 17 at 4.) Had Plaintiff

contacted the Court notifying it of her recent move, it would have sent any necessary documents to the new address. Plaintiff had approximately one month following her release from suicide watch to notify the Court of her change of address before the Court issued its first order to show cause on June 3, 2019. (Doc. 20.) In addition, the Court gave Plaintiff until July 6, 2019, to address the Court's concerns. Plaintiff did not provide the Court with her updated address information during this two-month period, and the Court dismissed Plaintiff's complaint without prejudice on August 1, 2019. (Doc. 23.) As a result, none of the assertions made in Plaintiff's motions provide a basis upon which to reconsider that dismissal.

**IT IS ORDERED** that Plaintiff's motions for reconsideration (Docs. 29-31) are **DENIED**.

Dated this 11th day of October, 2019.

Douglas L. Rayes
United States District Judge